UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAR FRESHNER CORP. & <br> JULIUS SAMANN, LTD. <br> <br> Plaintiff, <br> v. <br> <br> D & J DISTRIBUTING AND <br> MANUFACTURING, INC. D/B/A <br> EXOTICA FRESHENERS CO. <br> <br> Defendant. | | NOTICE OF <br> MOTION <br> <br> Case No. <br> 1:14-cv-391 (PKC) |

Motion by:                       Defendant.

Supporting Pleadings:        Affirmation of David P. Antonucci Esq. and Memorandum of Law

Object of Motion:           Direct Verdict in favor of the Defendant pursuant to FRCP 50(b) or in the alternative vacate jury verdict and order new trial pursuant to FRCP 59(a)(1)(A) and such other relief as the court finds just and proper.

Dated:                           January 15, 2016

Antonucci Law Firm LLP

By /s/ David P. Antonucci /s/
Attorney for Defendant
Bar Roll No. 101041 (NDNY)
Address and P.O. Address
12 Public Square
Watertown, New York 13601
(315) 788-7300

To:    Cowen, Liebowitz & Latman P.C.
       Attorneys for Plaintiffs
       Office and P.O Address
       1121 Avenue of Americas
       New York, New York 10036